No. 84–5694. LAWRENCE v. COMMISSIONER OF INTERNAL REVENUE ET AL. C. A. 6th Cir. Certiorari denied.

No. 84–5697. ZALDIVAR v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 84–5698. VIGIL v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 84–5705. STEAD v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 84–5708. ROWELL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 84–5709. ROBINSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 84–5711. JONES v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 84–5715. D'ARCO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.